JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-6392 JFW (PJWx)<br><br>Hon. John F. Walter<br>Courtroom 16<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(A)(ii)]<br><br>Removal Date:　July 25, 2012<br>Complaint Filed:　June 25, 2012 |

　　　　GOOD CAUSE HAVING BEEN SHOWN, pursuant to the Joint Stipulation for Dismissal submitted on November 8, 2012, by and between plaintiff Sheppard, Mullin, Richter & Hampton, LLP and defendant Kohl's Department Stores, Inc., the above-captioned action is DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(a)(ii).  Each party shall bear its own costs.

　　　　IT IS SO ORDERED.


Dated:  November 9, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE JOHN F. WALTER,
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE